# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH HAMILTON,

    Plaintiff,

v.

VENERIO SANTOS,

    Defendant.

Case No. 3:18-cv-00577-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and that this matter is **DISMISSED WITH PREJUDICE**.

DATED: June 25, 2019

        **MARGARET M. ROBERTIE,**
        Clerk of Court

        BY:   s/Tina Gray
             Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**